IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00964-LTB-CBS

UNITED STATES OF AMERICA,

    Petitioner,

v.

JEFFREY P. PULIS, and
MARGARET A. PULIS,

    Respondents.

_____

**FINAL ENFORCEMENT ORDER**
_____

    Having considered the United States' Petition to Enforce Internal Revenue Service Summonses and the Declaration of Julie A.M. Connor, this Court finds as follows:

    1.    The Internal Revenue Service summonses were issued to respondents, Jeffrey P. Pulis and Margaret A. Pulis, for a legitimate purpose - to obtain information concerning the determination and/or collection of the federal income tax liability of: (1) Jeffrey P. Pulis for tax periods of the calendar years ended December 31, 2003, December 31, 2004, December 31, 2005, and December 31, 2006; and (2) Margaret A. Pulis for tax periods of the calendar years ended December 31, 2003, December 31, 2004, December 31, 2005, and December 31, 2006.

    2.    The above-listed tax periods for each respondent were specified in the Internal Revenue Service summonses served on the respondents.

3. The testimony, records, and documents demanded by the Internal Revenue Service summonses are not in the possession of the Internal Revenue Service.

4. The administrative steps required by the Internal Revenue Code for the issuance of the summonses have been met.

5. As indicated in the Declaration of Service (Doc. 5), respondent Jeffrey P. Pulis was served on June 9, 2008, with the Order to Show Cause issued by the Court on May 14, 2008.

6. As of this date, the respondents have failed to comply with the IRS summonses.

7. Respondents appeared at the hearing, have failed to show sufficient cause as to why they should not be ordered to comply with the Internal Revenue Service summonses and consented to the entry of this Order.

IT IS THEREFORE ORDERED that Jeffrey P. Pulis and Margaret A. Pulis shall comply with and obey the Internal Revenue Service summonses served upon them by appearing at the Internal Revenue Service office at 56 Inverness Drive East, Englewood, Colorado, 80112 (or other agreeable location determined by the parties) before Revenue Officer Julie A.M. Connor, telephone number (720) 956-4329, at a time to be agreed upon by the parties, but not later than **July 31, 2008**, to give testimony and to produce for examination and copying the records, documents, and other data demanded by the Internal Revenue Service summonses.

Upon entry of this Order, this case shall be closed.

Dated this   12th   day of June, 2008.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK
UNITED STATES DISTRICT JUDGE